FILED
CLERK, U.S. DISTRICT COURT
SEP 5 2018
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| Brandon Filley | (18 U.S.C. § 3142(i)) |
| Defendant. | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government)/( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

CR - 94 (02/94)    ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i)

|   |   |
|---|---|
| 1 | 2. ( ) serious risk defendant will |
| 2 |     a. ( ) obstruct or attempt to obstruct justice; |
| 3 |     b. ( ) threaten, injure, or intimidate a prospective |
| 4 |         witness or juror or attempt to do so. |

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. (X) appearance of defendant as required; and/or
B. ( ) safety of any person or the community;

III.

The Court has considered:

A. (X) the nature and circumstances of the offense;
B. (X) the weight of evidence against the defendant;
C. (X) the history and characteristics of the defendant;
D. (X) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because: _____
_____
_____
_____
_____
_____
_____

///
///

B. (X) History and characteristics indicate a serious risk that defendant will flee because: _he violated the terms of supervision by cutting off his monitoring device and has a history of abusing methamphetamine._

C. ( ) A serious risk exists that defendant will:
1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness/juror; because: _____

D. (X) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with counsel.

DATED: 9-5-18

_____
EDWARD INFANTE
UNITED STATES MAGISTRATE JUDGE